■ In the Matter of Frederick G. Ziehm, Attorney, Respondent. Committee on Professional Standards, Third Judicial Department, Petitioner.—Motion by respondent to reopen proceeding denied, temporary stay vacated and respondent's suspension, pursuant to order entered August 20, 1980 [77 AD2d 958], directed to commence November 1, 1980. Mahoney, P. J., Sweeney, Kane and Casey, JJ., concur.